# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand and seventeen.

_____

| | |
|---|---|
| Ruben Diaz, Rene Fernandez, Mohammed Ismat, Pradip Saha, Ramandra Saha, Maxine Smith, Abdur Raquib, Johnny Ramirez, Madgy Saad, Walter Freire, Mozibur Rahman, Christopher Stavropoulos, Abdur Rahman, Syed Ahmed, Walter Garcia, Ashif Miru, Biswa Saha, Sayot Alphonse, Alberto Prado, Maurice Schwarte, Abella Bouale, Denzil Hannah, Milad Barsoum, Moazzemul Haque, Arun Saha, | **ORDER** <br><br> Docket No. 16-1326 |
|       Plaintiffs - Appellees, | |
| v. | |
| Amedeo Hotels Limited Partnership, | |
|       Defendant – Appellant. | |

_____

      By order dated June 3, 2016, the Court granted Appellees' motion to stay this appeal until the district court determines their motion for reconsideration. On June 14, 2017, the district court issued an order denying the motion for reconsideration. Upon consideration thereof,

      IT IS HEREBY ORDERED that the stay of this appeal is lifted. Appellant's principal brief and the joint appendix must be filed on or before August 22, 2017.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON JUNE 23, 2017