# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand and seventeen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

Ruben Diaz, et al.,

    Plaintiffs - Appellees,

v.

Amedeo Hotels Limited Partnership,

    Defendant – Appellant.
_____

**ORDER**

Docket No. 16-1326

Appellant moves for an extension from August 22, 2017 to September 22, 2017 to file the brief and appendix.

IT IS HEREBY ORDERED that an extension until September 21, 2017 is granted; no further extensions should be sought. However, the appeal is dismissed effective September 21, 2017 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

